FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2017 MAR 14  PM 4: 31

UNITED STATES OF AMERICA

v.

WAYNE ST. AUBYN SMITH
a/k/a "Wayne Smith El Bey"

CASE NO. 8:17-cr-121-T-17 JSS
18 U.S.C. § 1521

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about December 22, 2016, in the Middle District of Florida, the

defendant,

WAYNE ST. AUBYN SMITH,
a/k/a "Wayne ~~St. Aubyn~~ Smith El Bey"

did file, attempt to file, and conspire to file in a public record, a false lien and

encumbrance against the real and personal property of J.L.L., a United States

District Judge for the District of New Jersey, as described in 18 U.S.C. § 1114, on

account of the performance of official duties by J.L.L., knowing and having

reason to know that such lien and encumbrance was false and contained

materially false, fictitious, and fraudulent statements and representations.

In violation of 18 U.S.C. § 1521.

A TRUE BILL,

Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By:

Shauna S. Hale
Assistant United States Attorney

By:

Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Gangs Section

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

WAYNE ST. AUBYN SMITH

## INDICTMENT

Violations:

18 U.S.C. § 1521

A true bill,

_____
Foreperson

Filed in open court this 14th day of March 2017.

_____
Clerk

Bail $_____

GPO 863 525

T:\_Cases\Criminal Cases\S\Smith, Wayne St. Aubyn_2017R0pend_SSH\_Indictment Backsheet.docx