UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No.: 8:17-cr-121-T-17JSS

WAYNE ST. AUBYN SMITH

_____/

**ORDER**

THIS MATTER is before the Court on Defendant's Writ of Discovery Affidavit of Fact (Dkt. 48), in which Defendant requests the production of certain discovery. In response, the Government indicates that it has complied with its discovery obligations as set forth in the Court's Pretrial Discovery Order, which includes "information and material known to the Government which may be favorable to Defendant on the issue of guilt or punishment within the scope of *Brady v. Maryland*, 373 U.S. 83 (1963); *United States v. Agurs*, 427 U.S. 97 (1976); *United States v. Bagley*, 473 U.S. 667 (1985); and *Kyles v. Whitley*, 514 U.S. 419 (1995)." (Dkt. 13 at 3.) Additionally, the Government states that it "has provided discovery on an ongoing basis" to Defendant and, recognizing its "continued obligation of ongoing discovery," will provide any additional information if such additional information becomes available. (Dkt. 62.) Accordingly, it is **ORDERED** that Defendant's Writ of Discovery Affidavit of Fact (Dkt. 48) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida, on July 14, 2017.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Wayne St. Aubyn Smith