UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                              CASE NO. 8:17-CR-121-T-17JSS

WAYNE ST. AUBYN SMITH.

_____/

ORDER

This cause is before the Court on:

Dkt. 127      Pro Se Motion for Court Records

Defendant Wayne St. Aubyn Smith, pro se, requests that the
Court provide the trial transcript and sentencing transcript to Defendant for
his use in Defendant's direct appeal.

Defendant Smith proceeded pro se before this Court, with the
assistance of standby counsel (Dkt. 47).

In Defendant's appeal, Case No. 17-13968, Defendant's standby
counsel moved to withdraw and to permit Appellant to proceed pro se.
In the Motion, Defendant's standby counsel states that he has provided the
transcripts and record to Defendant Smith.  (Exhibit 1).

On January 11, 2019, the Eleventh Circuit Court of Appeals **granted**
Appellant Smith's motion to discharge counsel and Mark Ciaravella's motion to
withdraw or act as standby counsel **in part** and **denied** the motions **in part**.
(Exhibit 2).   Appellant Smith was permitted to represent himself on appeal.
Mark Ciaravella was directed to act as standby counsel, and to provided copies
of his case files to Appellant Smith.

Defendant Smith is in custody at FCC Coleman Low. The Court needs to determine if there is a practical problem with Defendant Smith's ability to retain the trial transcript and sentencing transcript for Defendant Smith's use in the appeal. After consideration, the Court directs Defendant Smith's standby counsel to confirm the date that he provided the trial transcript and sentencing transcript to Defendant Smith, and to inquire of the Bureau of Prisons whether Defendant Smith has still has those records and is permitted to retain the records for his use, and file a status report to the Court within ten days of the date of this Order. The Court will defer ruling on Defendant's Motion. Accordingly, it is

**ORDERED** that Defendant Wayne St. Aubyn's standby counsel, Mark Ciaravella, **shall file** a status report **within ten days** that confirms the date that counsel provided the trial transcript and sentencing transcript to Defendant Smith, and notifies the Court of the response of the Bureau of Prisons as to whether Defendant Smith still has the records and is permitted to retain those records for use in the appeal. The Court's ruling on Defendant Smith's Motion (Dkt. 127) is **deferred.**

**DONE and ORDERED** in Chambers in Tampa, Florida on this 30th day of July, 2019.

ELIZABETH A. KOVACHEVICH
United States District Judge

Case No. 8:17-CR-121-T-17JSS


Copies to:

Mark Ciaravella, Esq.

AUSA Charles Connally


<u>Pro</u> <u>Se</u> Defendant:

Wayne St. Aubyn Smith
Reg. # 42332-066
Federal Correctional Complex
FCC Coleman Low A-2
P.O. Box 1031
Coleman, FL    33521