UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:17-CR-121-T-17JSS

WAYNE ST. AUBYN SMITH.

_____/

ORDER

This cause is before the Court on:

Dkt. 127    Pro Se Motion for Court Records
Dkt. 130    Response

Defendant Wayne St. Aubyn Smith, pro se, requests that the Court provide transcripts of the trial and sentencing.

The Court notes that Defendant Smith's standby counsel has provided the trial and sentencing transcripts to Defendant Smith, and further asserts that he will provide Defendant Smith with any documents that Defendant Smith may need for the appeal. (Dkt. 130).

After consideration, the Court denies Defendant Smith's Motion for Court Records as moot. Accordingly, it is

**ORDERED** that pro se Defendant Wayne St. Aubyn Smith's Motion for Court Records (Dkt. 127) is **denied as moot**.

Case No. 8:17-CR-121-T-17JSS

The Clerk of Court **shall provide** a copy of this Order to the Eleventh Circuit Court of Appeals as to Appeal No. 17-13968.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 28th day of August, 2019.



ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:

All parties and counsel of record
Eleventh Circuit Court of Appeals


Pro Se Defendant:
Wayne St. Aubyn Smith
Federal Correctional Complex
FCC Coleman Low A-2
P.O. Box 1031
Coleman, FL   33521